# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                               **CRIMINAL ACTION NUMBER: 3:24-MJ-130**

**KENDALL SHAW**
**LISA SMITH**
**ASHLEY THOMPSON**                                                **DEFENDANTS**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on February 21, 2024 to conduct an initial appearance.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Joshua Ryan Porter, Assistant United States Attorney |
| For the defendants: | Defendant Kendall Shaw - Present and in custody<br>Defendant Lisa Smith – Present and in custody<br>Defendant Ashley Thompson – Present and in custody |
| Court Reporter: | Digitally recorded |

At the initial appearance, the defendants acknowledged their identity, were furnished with a copy of the Complaint, were advised of the nature of the charge contained therein and were advised of their rights. The Court adopted the appointment of counsel in 3:23-cr-95-BJB and C. Fred Partin from the Criminal Justice Act attorney panel is appointed to represent Defendant Kendall Shaw. The Court questioned Defendants Lisa Smith and Ashley Thompson under oath and found them eligible for appointed counsel.

The United States having moved for the detention of the defendants,

**IT IS HEREBY ORDERED** that this case is scheduled for combined preliminary and detention hearings on **February 22, 2024 at 2:30 p.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendants are remanded to the custody of the United States Marshal pending further order of the Court.

This 21st day of February, 2024      **ENTERED BY ORDER OF THE COURT:**
                                                                              **REGINA S. EDWARDS**
                                                                              **UNITED STATES MAGISTRATE JUDGE**
                                                                              **JAMES J. VILT, JR., CLERK**
                                                                              **BY:** *Ashley Henry* - Deputy Clerk

Copies: U.S. Attorney
       U.S. Probation
       Counsel for Defendant

0|20