# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**(Filed Electronically)**

CRIMINAL ACTION NO. 3:23-CR-95-BJB

UNITED STATES OF AMERICA                                    PLAINTIFF

v.

SEAN UNDERWOOD                                            DEFENDANT

## DEFEDANT'S TRIAL MEMORANDUM

Pursuant to the Court's Order, the defendant, Sean Underwood, by counsel, files this memorandum. The Court's specifically requested information shall be addressed herein in corresponding sequence.

(a) The statues involved are as follows:

<u>21 USC 846, 841(a)(1) and 841(b)(1)(A) Conspiracy to Distribute Methamphetamine</u>

The Defendant is alleged to have knowingly and intentionally conspired with others to distribute fifty grams or more of methamphetamine.

<u>21 USC 841(a)(1) and 841(b)(1)(A) Distribution of Methamphetamine</u>

The Defendant aided and abetted Kendall Shaw in knowingly and intentionally distributed fifty grams or more of methamphetamine, a Schedul II controlled substance.

<u>18 USC 924(c)(1)(A) Possessing a Firearm in Furtherance of a Drug Trafficking Crime</u>

The defendant knowingly possessed a firearm in furtherance of a drug trafficking crime.

Defendant, by his plea of not guilty, denies and disputes all factual allegations of the United States. To the extent the United States alleges certain facts based on statements made by Defendant, Defendant hereby disputes the same as mischaracterized and misinterpreted, therefore, the Defendant can only agree to a statement that summarizes the statutory elements of the offenses they are to hear. Defendant would propose that any facts read to the jury be limited to the following:

On or about January 1, 2021, in the Western District of Kentucky, Jefferson County the defendants are alleged to have knowingly and intentionally conspired with one another to distribute fifty grams of methamphetamine.

On or about July 6, 2023, in the Western District of Kentucky, Jefferson County, the defendant is alleged to have aided and abetted Kendall Shaw knowingly and intentionally distributed fifty grams or more of methamphetamine.

On or about July 6, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant allegedly and knowingly possessed a firearm in the furtherance of a drug trafficking crime.

All facts are disputed, to include all remaining facts alleged by the United States to include any alleged narcotics investigation, that the firearm affected interstate commerce, that Mr. Underwood every possessed a handgun, and that the alleged informant gave anything less than a self-serving and false narrative of events.

Further, Mr. Underwood disputes his status as a convicted felon, that he possessed a handgun, that the handgun affected interstate commerce, and that he ever threatened anyone with a handgun he never possessed.

(b) Mr. Underwood is presently unaware of any unresolved substantive issues of law with the only possible exception being his motion to sever defendants for trial on which the United States still has time to respond.

(c) The United States has recently filed a notice of their intent to introduce prior bad acts, however, it is Mr. Underwood's belief that these only affect a codefendant and do not apply to him.  Mr. Underwood does not anticipate any other evidentiary issues at this time other than live objections. Mr. Underwood does not intend to make unnecessary objections regarding the entry of evidence unless and until it fails to meet the rules of evidence when offered. Should there be any stipulations that may aid in judicial economy, the parties will endeavor to timely notify the Court.

(d) None at this time.

(e) Mr. Underwood expects the standard instructions for all charges in the indictment as provided in the pattern jury instructions provided by the 6th Circuit and, therefore, does not object to the same.

(f) The Defendant has no questions to propose for voir dire but anticipates some questions may arise based on the colloquy between the Court and potential jurors.

(g) Exhibits will be tendered, consistent with this Court's ruling, and, at the time of filing, the Defendant only anticipates using exhibits tendered by the United States or any exhibits necessary to impeach or rebut testimony or exhibits provided by the United States prior to or during trial.

Respectfully submitted,

/s/ *Kevin M. Glogower*
Kevin M. Glogower
500 W. Jefferson Street, Ste 1100
Louisville, Kentucky 40202
(502) 384-5656

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ *Kevin M. Glogower*
KEVIN M. GLOGOWER